UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

NOAH W. STEWART

PLAINTIFF

VS.

MCPL LAMBERT ET AL.

DEFENDANTS

CASE NO. 1:25-cv-01397



EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER (TRO) AND PRELIMINARY INJUNCTION TO STAY STATE COURT PROCEEDINGS AND STOP ONGOING RETALIATION AGAINST FEDERAL PLAINTIFF

Plaintiff Noah W. Stewart proceeding pro se respectfully moves this court pursuant to Federal Rule Of Civil Procedure 65 for an Emergency Temporary Restraining Order (TRO) and Preliminary Injunction to immediately all pending state court proceedings and stop ongoing retaliation by state actors against plaintiff as an active federal civil rights litigant. The retaliatory conduct has escalated to include multiple frivolous capias warrants issued against Plaintiff following the docketing of Plaintiffs Renewed Motion for Appointment Of Counsel on April 20th 2026, and constitutes a direct and ongoing violation of Plaintiffs First, Fourth and Fourteenth Amendment Rights under 42 U.S.C. $1983.

On May 27th, 2026 yet another frivolous premeditated and retaliatory capias was issued from the court of common pleas regarding case number 2405009221, and another fabricated charge in case number 2406015520 (in which I attached with this motion). The state court is desperately trying to take my liberty away from me in another targeted, intentional act of harassment all due to the fact that I am exercising my constitutional rights in the U.S. District Court. The state courts / defendants are excessively monitoring this docket and they are very aware of this civil rights case and are trying to punish me for exposing them and all they're sadistic premeditated vile acts of misconduct. The Younger Abstention Doctrine rule doesn't apply in this state court matter for the following reasons:

1. The fabricated state charges from 2024 is blatant malicious prosecution starting with the paperwork anomaly, I was charged on MAY 19TH 2024, and defendant SGT SAUNDERS the supervisor approved this 16 days after on a very special day, June 4th 2024 (the plaintiffs birthday), not only is that a major procedural violation but is a taunting sadistic, vile act of misconduct, the defendant MCPL LAMBERT signs off 32 days later on June 20th 2024, its very peculiar that the arresting officer signs off after a supervisor and more evidence of bad faith and personal malice / envy.

2. Both the state court cases were already rushed to a jury trial on February 26th of 2025 which was cancelled, revived and they never provided me with a discovery (intentionally withholding it) that alone adds on to the pattern of bad faith, the state

courts are not legitimate justice seeking, they are desperately trying to punish me for not believing their lies to force me to sign a plea and went over them to a higher court.

This court has jurisdiction over this matter pursuant to 28 U.S.C s1331 and s1343. Plaintiff filed the underlying federal civil rights complaint on November 18th 2025, two weeks before another fabricated state court trial of December 3rd 2025, after exhausting all attempts to obtain counsel due to documented conflicts of interest throughout Delaware's small legal market. Since filing state actors have engaged in a systematic pattern of retaliation including contradictory court date notices in the mail, excessive PACER MONITORING and most recently a retaliatory capias warrant issued after plaintiffs April 20th 2026 docketed motion specifically documenting personal malice by MCPL LAMBERT, SGT SAUNDERS, and whomever the state prosecutor is since they refuse to give me their identity.

Relief Requested:
The Plaintiff respectfully requests the court to grant this TRO rule 65, the facts in this case demonstrates a clear, documented and escalating pattern of unconstitutional retaliation by state actors against an active federal civil rights plaintiff. What began as an illegal search and fabricated dui charge on MAY 19TH 2024, has evolved into a coordinated effort involving law enforcement, prosecution, and public defense to

suppress Plaintiff's constitutional rights, liberty, and silence legitimate federal litigation.

Plaintiff further prays for such other and further relief as the court deems just and proper in this very urgent matter.

RESPECTFULLY SUBMITTED:

Noah W. Stewart    Dated: MAY 27th 2026