IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOAH W. STEWART,                          )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )    C.A. No. 25-1397 (MN) (CJB)
                                          )
MCPL LAMBERT, SGT SCOTT                   )
SAUNDERS and WILLIAM TEXTER,              )
                                          )
            Defendants.                   )

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 24th day of July 2026;

WHEREAS, on June 5, 2026, Magistrate Judge Burke issued a Report and Recommendation ("the Report") (D.I. 19) in this action recommending that the Court dismiss Plaintiff's Complaint without prejudice and that Plaintiff be given leave to file an Amended Complaint to cure the deficiencies outlined in the Report;

WHEREAS, on June 9, 2026, Plaintiff filed an Amended Complaint (D.I. 20); and

WHEREAS, Plaintiff did not file objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1.     The Report and Recommendation (D.I. 19) is ADOPTED.

2.     Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii).

3.      As Plaintiff was given leave to file an Amended Complaint and he did so, Plaintiff's

Amended Complaint filed on June 9, 2026 (D.I. 20) is the operative complaint in this action.

The Honorable Maryellen Noreika
United States District Judge