IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOAH W. STEWART,<br><br>Plaintiff,<br><br>v.<br><br>MCPL LAMBERT, SGT SCOTT SAUNDERS and WILLIAM TEXTER,<br><br>Defendants. | ) | C.A. No. 25-1397 (MN) (CJB) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 11th day of September 2026;

WHEREAS, on July 21, 2026, Magistrate Judge Burke issued an Oral Report and Recommendation ("the Report") (D.I. 26) in this action recommending that the Court deny Plaintiff's Emergency Motion for Temporary Restraining Order (TRO) and Preliminary Injunction to Stay State Court Proceedings and Stop Ongoing Retaliation Against Federal Plaintiff (D.I. 17); and

WHEREAS, Plaintiff did not file objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1. The Oral Report and Recommendation (D.I. 26) is ADOPTED.

2. Plaintiff's Emergency Motion for Temporary Restraining Order (TRO) and Preliminary Injunction to Stay State Court Proceedings and Stop Ongoing Retaliation Against Federal Plaintiff (D.I. 17) is DENIED.

Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge